-------------------------------------------------------------------------------

FROM: 86570054
TO:
SUBJECT: PERSONAL PROPERTY RULE41(e)
DATE: 07/07/2020 09:32:38 PM

MOTION FOR RETURN OF PERSONAL PROPERTY

Honorable Judge Paul Oetken,
The police conducted a search of residence (apartment which was rented) and other property.
They took a lot of my personal property along with property which belonges to landlord.
I understand that police do it routinely in order to have time to look over my property more
carefully, and to look for things that aren't readily apparent during the first quick axamination.
Unfortunately, the agents didn't offer me to return that part of property that they didn't use
as evidence. As I know there are none connected to evidence. I worried that unused evidence
will dissappear immediately after my case will be completed in the court.
Some of items belongs to landlord, some of them belongs to me which was never used in
any criminal activity, unless communicating with my family. And contains a lots of sentimental
value for me.
The complete list of evidence is attached in APPENDIX A
And returning address in APPENDIX B

The reason why I am doing the MOTION is lack of time and mail communication with my
counsel was lost during COVID19 pandemic. Also a lots of documents was lost during N.Y. MCC
search in march. I haven't other options to motion Your Honor directly.

Please consider my addmission and thank you in advance.
I am hopeful not to disrespect the Court with my communication.

Respectfully
Viktor Litvintsuk

Case No-18 Cr. 678(JPO)
Southern District of New York

---------------------------------------------------------------------------------

FROM: 86570054
TO:
SUBJECT: APPENDIX A
DATE: 07/07/2020 09:05:09 PM

1. HTC Mobile Phone      IMEI 352762053145180
2. OnePlus Mobile Phone    IMEI 867287038890674, IMEI 867287038890666
3. ASUS notebook-computer  ID  PD96235ANH
4. Lebara Mobile-SIM      ID  89470595111108045936
5. SIM card          ID  EE21171215041436
6. SIM card          ID  EE21180411006192
7. ADATA flash drive   8 GB.
8. POI flesh drive  128 MB.
9. SONY DuoPro flesh drive 1 GB.
10. SONY DuoPro flesh drive 8 GB.
11. SanDisk flesh drive 1 GB.
12. SanDisk Ultra flesh drive 4 GB.
13. Toshiba MicroSD flesh drive 4 GB.
14. Green flesh drive (unknown producer)
15. Flesh drive with transparent type (unknown producer)
16. Oval device for internet banking (VIKTOR80)
17. SEAGATE hard drive ID 6QMOGP6W
18. SATA hard drive      ID WCWA35908411

--------------------------------------------------------------------------------

FROM: 86570054
TO:
SUBJECT: APPENDIX B
DATE: 07/07/2020 08:48:24 PM

MARINA KRASILNIKOVA
RAE VALD, KOPLI KULA
LINNU TEE 8
75303 HAARJUMAA
ESTONIA

MOB. (372) 56648995

Viktor Litvintsuk
Reg. No. 86570-054
Metropolitan Correctional Center
150 Park Row
New York, New York 10007

NEW YORK NY 100

09 JUL 2020 PM 13 L

10007~150729

Hon. J. Paul Oetken
U.S. District Judge
Southern District of N.Y.
   U.S. Courthouse
40 Foley Square
New York, NY 10007